IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

A
BRENTON J. JOHNSON, SR.

    Plaintiff,

v.                                 CASE NO.:  3:22-cv-479-MMH-PBD

E. MILLER,
    Defendant.
_____/

## DEFENDAN'TS  ANSWER AND DEFENSES

Defendant E. Miller, through the undersigned counsel, hereby answers Plaintiff's Complaint (Doc.1) as follows:

I.     Plaintiff –  (Doc. 1, p 2)

    Admitted.

    DEFENDANT (Doc. 1, p2)

    (1)  admitted

II.     BASIS FOR JURISDICTION -  (DOC. 1, p3)

    A. Admitted

    B. Admit that Plaintiff alleges his rights were violated, but deny that a violation occurred.

    C. No answer required.

    D. Admit that Defendant Miller was acting under color of law, but deny that the allegations as alleged by Plaintiff occurred.

**III.**     PRISONER STATUS (Doc. 1, p3)

    Admitted.

**IV.**     STATEMENT OF CLAIM – (Doc. 1-p3-8)

1. Denied.

2. Denied.

    a. No response required.
    b. Denied.
    c. Denied.
    d. Denied.

      1. Admitted

      2. Without knowledge and therefore, denied.

      3. Without knowledge and therefore, denied.

      4. Without knowledge and therefore, denied.

      5. Without knowledge and therefore, denied.

      6. Denied.

      7. Without knowledge and therefore, denied.

      8. Without knowledge and therefore, denied.

      9. Denied.

      10. Without knowledge and therefore, denied.

      11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Without knowledge and therefore, denied.

16. Without knowledge and therefore, denied.

17. Without knowledge and therefore, denied.

18. Without knowledge and therefore, denied.

19. Without knowledge and therefore, denied.

20. Without knowledge and therefore, denied.

21. Without knowledge and therefore, denied.

22. Without knowledge and therefore, denied.

23. Without knowledge and therefore, denied.

24. Without knowledge and therefore, denied.

25. Without knowledge and therefore, denied.

26. Without knowledge and therefore, denied.

27. Without knowledge and therefore, denied.

28. Without knowledge and therefore, denied.

29. Denied.

30. Without knowledge and therefore, denied.

31. Without knowledge and therefore, denied.

32. Without knowledge and therefore, denied.

33. Denied.

34. Without knowledge and therefore, denied.

35. Denied.

36. Denied.

37. Without knowledge and therefore, denied.

38. Without knowledge and therefore, denied.

39. Without knowledge and therefore, denied.

40. Without knowledge and therefore, denied.

41. Without knowledge and therefore, denied.

42. Without knowledge and therefore, denied.

43. Without knowledge and therefore, denied.

44. Without knowledge and therefore, denied.

45. Without knowledge and therefore, denied.

46. Without knowledge and therefore, denied.

47. Without knowledge and therefore, denied.

48. Without knowledge and therefore, denied.

49. Without knowledge and therefore, denied.

50. Without knowledge and therefore, denied.

51. Without knowledge and therefore, denied.

    52.    Without knowledge and therefore, denied.

    53.    Without knowledge and therefore, denied.

    54.    Without knowledge and therefore, denied.

    55.    Without knowledge and therefore, denied.

    56.    Without knowledge and therefore, denied.

    57.    Without knowledge and therefore, denied.

    58.    Without knowledge and therefore, denied.

    59.    Without knowledge and therefore, denied.

    60.    Without knowledge and therefore, denied.

    61.    Without knowledge and therefore, denied.

    62.    Without knowledge and therefore, denied.

    63.    Without knowledge and therefore, denied.

    64.    Without knowledge and therefore, denied.

    65.    Without knowledge and therefore, denied.

**V. INJURIES** – (Doc. 1, p9)

Without knowledge and therefore, denied.

**VI. RELIEF** - (Doc. 1, p9)

Defendants admit that Plaintiff is seeking declaration relief, compensatory damages, and punitive damages.  Defendants deny that Plaintiff is entitled to any relief whatsoever.

**VII. EXHAUSTION** (DOC. 1, p10)

Without knowledge and therefore denied

## VIII.  PREVIOUS LAWSUITS (Doc. 1p,10)

Without knowledge and therefore, denied.

**Defendant denies each and over allegation not admitted herein.**

## IX.  DEFENSES AND AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a cause of action against Defendants.

2. Plaintiff fails to state a claim upon which relief can be granted.

3. Defendants have not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

4. Plaintiff is not entitled to any damages as Plaintiff has not suffered any injury caused by Defendants.

5. Defendants are entitled to qualified immunity for his actions relative to the incident set forth in Plaintiff's Complaint.

6. Plaintiff has failed to state a cause of action because there is no causal connection between Plaintiff's claimed injuries and action or inaction by Defendants as required for liability under 42 U.S.C. §1983.

7. The actions taken by Defendants about the incident were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions so as to warrant recovery under 42 U.S.C. § 1983.

8. Plaintiff is responsible for and failed to mitigate his own injuries.

9. Plaintiff failed to exhaust his administrative remedies.

## X.     RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT

Defendant reserves the right to amend and supplement these affirmative defenses adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

## XI.   DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all issues so triable.

Respectfully Submitted,

**ASHLEY MOODY**
ATTORNEY GENERAL

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Senior Assistant Attorney General
Florida Bar No.: 0993204
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (904) 456-6572
Facsimile: (850) 858-6983
Shirley. durham@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via ECF on September 6, 2022, and furnished to BRENTON J. JOHNSON, SR., **DC# K68417, FLORIDA STATE PRISSON, P. O. Box 800, Raiford, FL** 32083, on September 6, 2022.

<u>/s/ Shirley Wilson Durham</u>
Shirley Wilson Durham
Senior Assistant Attorney General